IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

GERRY HATHCOCK                          §

v.                                      §                    CIVIL ACTION NO. 2:11cv476

COMMISSIONER, SOCIAL SECURITY           §
ADMINISTRATION

FINAL JUDGMENT

**CONSIDERING** the Report and Recommendation entered herein on August 30, 2013 (docket entry #25), and there being no objections filed thereto, for the reasons set forth therein, which are hereby adopted by the Court,

**IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for further consideration consistent with the Report and Recommendation and the opinion herein. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 19th day of September, 2013.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

1